UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EMMITT LEE GRANGER**,              Case No. 3:15-cv-00095-KI

          Plaintiff,              JUDGMENT

  v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**,

          Defendant.

Emmitt Lee Granger
11918 SE Division Street #388
Portland, OR 97266

      Plaintiff

Billy J. Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Page 1 - JUDGMENT

Thomas M. Elsberry
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this    13th    day of January, 2016.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge